UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| Puget BioVentures, LLC, | ) | |
| | ) | Case No. 3:10-cv-463 |
| Plaintiff, | ) | Case No. 3:17-cv-503 |
| v. | ) | |
| | ) | JD-MGG |
| Medical Device Business Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Joint Motion to Dismiss with Prejudice**

All claims and counterclaims asserted in parallel actions, Case Nos. 3:10-cv-463 and 3:17-cv-503, by and between Plaintiff Puget BioVentures, LLC ("PugetBV") and Defendant Medical Device Business Services, Inc. f/k/a DePuy Orthopaedics Inc. ("MDBS") have been settled and, pursuant to Fed. R. Civ. P. 41(a), those parties hereby jointly move the Court to dismiss those claims and counterclaims, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: January 23, 2018                                        Respectfully submitted,

/s/ Patrick M. Arenz                                                 /s/ Nathaniel C. Love

Ronald J. Schutz                                                    David T. Pritikin
Patrick M. Arenz                                                    Nathaniel C. Love
Sharon Roberg-Perez                                              H. Ashley Chi
Kelsey Thorkelson                                                  **SIDLEY AUSTIN LLP**
Mary Pheng                                                            One South Dearborn
**ROBINS KAPLAN LLP**                                         Chicago, IL 60603
800 LaSalle Avenue                                                Telephone: 312-853-7000
2800 LaSalle Plaza                                                  Fax: 31-853-7036

Minneapolis, MN 55402
612-349-8500
rschutz@robinskaplan.com
parenz@robinskaplan.com
sroberg-perez@robinskaplan.com
kthorkelson@robinskaplan.com
mpheng@robinskaplan.com


Patrick D. Murphy
**MURPHY RICE LLP**
400 Plaza Building
210 South Michigan St.
South Bend, IN 46601
(574) 232-0300
pmuprhy@murphyrice.com

**Attorneys for Plaintiff Puget BioVentures, LLC**

dpritikin@sidley.com
nlove@sidley.com
hchi@sidley.com


Matthew J. Elliot
**BECKMAN LAWSON, LLP**
201 West Wayne Street
Fort Wayne, IN 46802
Telephone: 260-422-0800
Fax: 260-420-1013
melliott@beckmanlawson.com


**Attorneys for Medical Device Business Services, Inc. (f/k/a DePuy Orthopaedics, Inc.)**

## Certificate of Service

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, January 23, 2018, with a true and correct copy of the foregoing documents via the Court's CM/ECF system.

                                                      */s/Mary Pheng*

88693381.1